*Heim* v. *Union Ry. Co. of New York City,* 101 App. Div. 607, affirmed.
(Argued May 9, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Herbert C. Smyth* and *Henry A. Robinson* for appellant.

*Arnold C. Weil* and *Robert Weil* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting : WILLARD BARTLETT, J.

---

WILLIAM BORNKESSEL, as Administrator of the Estate of JOSEPH FAHM, Deceased, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Bornkessel* v. *Metropolitan Street Ry. Co.,* 96 App. Div. 625, affirmed.
(Argued May 9, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme. Court in the first judicial department, entered October 18, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been caused by the negligence of the defendant.

*John C. Robinson* for appellant.

*Joseph F. Daly, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.